

# NUMBER 13-25-00172-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ANGEL GARCIA AND
JOSEFA GARCIA,                                                    Appellants,

**v.**

ANDY FLORES AND
ARACELI MIRELES,                                                  Appellees.

---

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

This matter is before the Court on appellants' amended motion for voluntary dismissal. Appellants wish to dismiss this interlocutory appeal and proceed in the lower court.

Having considered the amended motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the amended motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
14th day of August, 2025.